IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

AMERICAN MARINE CORPORATION,

    Plaintiff,

  v.

BLUE SHIELD OF CALIFORNIA,

    Defendant.

Case No. 3:10-CV-_____

## NOTICE OF REMOVAL OF CIVIL ACTION

Blue Shield of California gives notice of its removal to the United States District Court of case number 3AN-10-10119 CI, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

1.     Case number 3AN-10-10119 CI was filed in Superior Court for the State of Alaska on August 23, 2010. The complaint was served on November 3, 2010.

2.     A first amended complaint was filed on November 9, 2010. It was served on defendant Blue Shield of California on or about November 16, 2010.

3.     The complaint alleges breach of contract, breach of the covenant of good faith and fair dealing, and misrepresentation, seeks monetary damages and the plaintiffs' attorney's fees and costs in bringing the action.

4.     No further proceedings have occurred in this action.

Faulkner Banfield, P.C.
One Sealaska Plaza, Suite 202 ♦ Juneau, Alaska 99801-1245
Phone: (907) 586-2210 ♦ Fax: (907) 586-8090

Notice of Removal of Civil Action     3-10-CV-_____
*American Marine Corp. v. Blue Shield of California*     Page 1 of 3
Case 3:10-cv-00265-RRB Document 1    Filed 11/29/10    Page 1 of 3

5. The amount in controversy exceeds the minimum for federal jurisdiction as provided by 28 U.S.C. § 1445. Plaintiff alleges damages of "at least" $108,925.17.

6. The plaintiff and defendant are citizens of different states as set out in 28 U.S.C. § 1332. The plaintiff claims it is a corporation duly conducting business under the laws of the State of Alaska. The defendant is a corporation organized under the laws of the State of California with its principal place of business also being in California.

7. Blue Shield removes this action on the additional ground that the First Amended Complaint alleges that its patient, Mr. Rogers, is insured by Blue Shield and that Blue Shield underpaid benefits to plaintiff for treatments rendered to Mr. Rogers. Blue Shield has confirmed that Mr. Rogers, at all relevant times, was a member of a group plan issued by his employer, Malibu Boats, LLC, and administered by Blue Shield, within the meaning of the Employee Retirement Income Security Act of 1074 ("ERISA"), 29 U.S.C. sec. 1002(1). AMC's action is to recover benefits, under the terms of an ERISA plan, allegedly owed to it by Blue Shield and is therefore completely preempted. See attached affidavit of Betty Hawks.

8. This petition has been filed with this court within thirty (30) days of service of process of the initial state court complaint upon the defendant as required by 28 U.S.C. § 1446.

9. Copies of the process, pleadings, and orders served on the defendant in the state court action are filed with this notice pursuant to 28 U.S.C. § 1447.

Notice of Removal of Civil Action 3-10-CV-_____
*American Marine Corp. v. Blue Shield of California* Page 2 of 3

10. Written notice of this removal has been mailed to the Alaska Superior Court and the plaintiff.

THEREFORE the defendants request that this state court action be removed from the Superior Court of the State of Alaska to the United States Court for the District of Alaska.

DATED: November 24, 2010.

**FAULKNER BANFIELD, P.C.**

_____
Anthony M. Sholty
AK Bar No. 7610132
Attorney for Defendant

**CERTIFICATE OF SERVICE**
I certify that on November 24, 2010, I caused a copy of the **foregoing** to be sent via first class mail to:

Jeffrey Waller
Holmes Weddle & Barcott, PC
701 W. 8th Ave., Suite 700
Anchorage, AK 99501

_____
Anthony M. Sholty

Faulkner Banfield, P.C.
One Sealaska Plaza, Suite 202 ♦ Juneau, Alaska 99801-1245
Phone: (907) 586-2210 ♦ Fax: (907) 586-8090